UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE L. DEDMON, SR.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FELDER, et al.,<br><br>Defendants. | No.  2:23-cv-0234 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested an extension of time to file a second amended complaint. Plaintiff states that due to unexpected closure of the law library, he was unable to complete and mail his second amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 16) is granted. Plaintiff shall file a second amended complaint within twenty days from the date of this order.

DATED: February 15, 2024

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/dedm0234.36amc

1