UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE L. DEDMON, SR., | No. 2:23-cv-0234 DB P |
| Plaintiff, | |
| v. | ORDER, FINDINGS & RECOMMENDATIONS |
| MICHAEL FELDER, et al., | |
| Defendants. | |

By order filed January 8, 2024, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On February 15, 2024, plaintiff was granted an additional twenty days in which to file an amended complaint. Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner Inbox/Civil Rights/R/dedm0234.fta.ext