UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE L. DEDMON, SR., | No. 2:23-cv-00234-DCJ-DB P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL FELDER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

By order dated March 21, 2024, the court recommended that this case be dismissed for failure to file an amended complaint.  (ECF No. 19.)  Plaintiff's second amended complaint filed on February 16, 2024 was inadvertently overlooked.  (ECF No. 18.)  The undersigned therefore vacates the finding and recommendation.  (ECF No. 19.)

For the foregoing reasons, IT IS HEREBY ORDERED that the findings and recommendations filed on March 21, 2024 (ECF No. 19) are vacated.

Dated:  April 10, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:16
DB:1/Orders/Prisoner/Civil.Rights/dedm234.vac

1